IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

_____
                                                         )
IN RE REGIONS MORGAN KEEGAN     )          No. 2:09-md-02009-SHM
SECURITIES, DERIVATIVE and ERISA  )
LITIGATION                                             )
                                                         )
This Document Relates to:                   )
                                                         )
*In re Helios Closed-End Fund Derivative*  )
*Litigation*, No. 2:11-cv-02935-SMH-dvk  )
_____)

## CARTER ANTHONY'S MOTION TO DISMISS AMENDED VERIFIED DERIVATIVE COMPLAINT

Comes Now Carter Anthony, named as a defendant herein, and moves to dismiss this amended complaint for the reasons that it is barred by the applicable Statute of Limitations, it fails to state a claim upon which relief may be granted as to this defendant, and it fails to plead fraud with particularity as required by Rule 9(b) of the Federal Rules of Civil Procedure. Defendant further relies on the reasons advanced by co-defendants Morgan Asset Management, Inc. ("MAM"), Allen B. Morgan, Jr., J. Kenneth Alderman, Thomas R. Gamble, Charles D. Maxwell, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Michele F. Wood, James C. Kelsoe, Jr., and David H. Tannehill (collectively, the "Individual Defendants").

This 13th day of January, 2012.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.
260 Peachtree Street, NW        R. Hal Meeks, Jr.
Suite 2000                               Georgia Bar No. 500825
Atlanta, GA 30303                   hmeeks@plmllp.com
(404) 880-7180                        *Attorney for Defendant Carter E. Anthony*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the within and foregoing **Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| **BRAMLETT LAW OFFICES** | **SUTHERLAND ASBILL** |
| PAUL KENT BRAMLETT | **& BRENNAN, LLP** |
| ROBERT PRESTON BRAMLETT | S. LAWRENCE POLK |
| 2400 Crestmoor Road | 999 Peachtree Street NE |
| P.O. Box 150734 | Atlanta, GA  30309 |
| Nashville, TN | |
| | |
| **BARROWAY TOPAZ KESSLER** | **BASS, BERRY & SIMS PLC** |
| **MELTZER & CHECK LLP** | SHEPHERD D. TATE |
| ERIC L. ZAGAR | MICHAEL A. BRADY |
| ROBIN WINCHESTER | 100 Peabody Place, Suite 900 |
| TARA P. KAO | Memphis, Tennessee   38103-3672 |
| 280 King of Prussia Road | |
| Radnor, PA 19087 | |
| | **BASS BERRY SIMS** |
| **PAUL HASTINGS JANOFSKY &** | MICHAEL L. DAGLEY |
| **WALKER LLP** | MATTHEW M. CURLEY |
| KEVIN C. LOGUE | BRITT K. LATHAM |
| 75 E. 55th Street | W. BRANTLEY PHILLIPS, JR. |
| New York, NY  10022 | 150 Third Avenue South; Suite 2800 |
| | Nashville, TN 37201 |

This 13th day of January, 2012.

PURSLEY LOWERY MEEKS LLP

/s/ R. HAL MEEKS, JR.

260 Peachtree Street, NW         R. Hal Meeks, Jr.
Suite 2000                                  Georgia Bar No. 500825
Atlanta, GA  30303                   hmeeks@plmllp.com
(404) 880-7180                         *Attorney for Carter E. Anthony*
(404) 880-7199 – fax

2