IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | | |
|---|---|---|
| IN RE REGIONS MORGAN KEEGAN SECURITIES, DERIVATIVE and ERISA LITIGATION | ) ) ) ) ) | No. 2:09-md-02009-SHM |
| This Document Relates to: | ) ) | |
| *In re Helios Closed-End Fund Derivative Litigation*, No. 2:11-cv-02935-SMH-dvk | ) ) ) | |

### MOTION TO DISMISS PLAINTIFFS' VERIFIED AMENDED SHAREHOLDER DERIVATIVE COMPLAINT BY MORGAN ASSET MANAGEMENT, INC. AND THE INDIVIDUAL DEFENDANTS

Defendants Morgan Asset Management, Inc. ("MAM"), Allen B. Morgan, Jr., J. Kenneth Alderman, Thomas R. Gamble, Charles D. Maxwell, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Michele F. Wood, James C. Kelsoe, Jr., and David H. Tannehill (collectively, the "Individual Defendants") file this Motion to Dismiss Plaintiffs' Verified Amended Shareholder Derivative Complaint ("Amended Complaint").

Plaintiffs' claims fail as a matter of law.  Maryland law does not recognize either a stand-alone claim for breach of fiduciary duty or a claim for unjust enrichment against MAM under the allegations pleaded in this action.  Even assuming such claims could be asserted under Maryland law, Plaintiffs' claims would fail because MAM and its officers, directors, and employees advised the Funds pursuant to Investment Advisory Agreements ("Advisory Agreements") with each Fund, which contained broad limitations on liability.  The Funds' respective Articles of Incorporation contained similar provisions limiting the liability of those Individual Defendants who served as officers and directors of the Funds.

Moreover, to the extent Plaintiffs attempt to plead fraud, the Amended Complaint fails to include factual allegations sufficient to satisfy the heightened pleading requirements of Rule 9(b) of the Federal Rules of Civil Procedure, or even to plead the elements of a claim under Maryland law. Without such allegations, Plaintiffs' claims fail as a matter of law.

Finally, certain of Plaintiffs' claims against MAM and the Individual Defendants concerning the RMH, RSF, and RMA Funds, and against certain of the Individual Defendants concerning the RHY Fund, are untimely by virtue of Maryland's three-year statute of limitations applicable to civil actions. Plaintiffs' own allegations, particularly when considered in connection with the Funds' offering documents and other public filings, demonstrate that Plaintiffs were on notice of their claims by January 2007 at the latest, more than three years prior to the filing of this lawsuit.

Because Plaintiffs already have filed multiple complaints making these very same allegations, and because leave to amend would be futile, the Amended Complaint should be dismissed with prejudice. A memorandum of law and the Declaration of Britt K. Latham are submitted in support of this motion.

DATED this 13th day of January 2012.

Respectfully submitted,

BASS, BERRY & SIMS PLC

By: /s/ Britt K. Latham
Michael L. Dagley
Britt K. Latham
W. Brantley Phillips, Jr.
150 Third Avenue South; Suite 2800
Nashville, TN 37201
(615)742-6200

Shepherd D. Tate
Michael A. Brady
100 Peabody Place, Suite 900
Memphis, TN 38103-3672
(901) 543-5900

*Attorneys for Defendant Morgan Asset Management, Inc.*



SUTHERLAND, ASBILL & BRENNAN, LLP

By: /s/ S. Lawrence Polk
S. Lawrence Polk
999 Peachtree Street N.E.
Atlanta, GA 30309-3996

*Attorney for Allen B. Morgan, Jr., J. Kenneth Alderman, Brian B. Sullivan, Joseph C. Weller, J. Thompson Weller, Charles D. Maxwell, Michele F. Wood, James C. Kelsoe, Jr., Thomas R. Gamble and David H. Tannehill*

## **CERTIFICATE OF SERVICE**

   I hereby certify that on January 13, 2012, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or served the following via U.S. Mail:

**BRAMLETT LAW OFFICES**
PAUL KENT BRAMLETT
ROBERT PRESTON BRAMLETT
2400 Crestmoor Road
P.O. Box 150734
Nashville, TN

**KESSLER TOPAZ MELTZER & CHECK LLP**
ERIC L. ZAGAR
ROBIN WINCHESTER
KRISTEN L. ROSS
280 King of Prussia Road
Radnor, PA 19087

**PAUL HASTINGS JANOFSKY & WALKER LLP**
KEVIN C. LOGUE
75 E. 55th Street
New York, NY  10022

**SUTHERLAND ASBILL & BRENNAN, LLP**
S. LAWRENCE POLK
999 Peachtree Street NE
Atlanta, GA  30309

**PURSLEY LOWERY MEEKS LLP**
R. HAL MEEKS
260 Peachtree Street NW
Atlanta, GA 30303

            /s/  Britt K. Latham_____

10406311.1